AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DAVID GREGORY GERMAN, JR.,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:22-cv-165

IDA TRANSPORTATION SERVICES, LLC;
PROGRESSIVE NORTHERN INSURANCE COMPANY;
and PROPHETE FLOBERT,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated October 25, 2022, the Plaintiff's Motion to Remand is granted.

This case is remanded to the State Court of Chatham County, Georgia, and stands closed.

Approved by: _[signature]_

October 31, 2022
Date

John E. Triplett, Clerk of Court
Clerk

_[signature: Jamie Sabalza]_
(By) Deputy Clerk

GAS Rev 10/2020